In the United States District Court

for the District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Criminal No.: 4:07 - 1045 |
| v. | ) | |
| JOSE SERRANO | ) | |

Copy of record

CR 08-123-UNA

Consent to Transfer of Case
for Plea and Sentence
(Under Rule 20)

I, ___Jose Serrano___, defendant, have been informed that an ___Indictment___ is pending against me in the above designated case. I wish to plead __guilty__ to the offense charged, to consent to the disposition of the case in the District of _Delaware_ in which I _reside_ and to waive trial in the District of South Carolina.

Dated: _June 23_, 200_8_ at _Dillon, S.C._

_____
(Defendant)  Jose Se

_____ FBI
(Witness)

_____
(Counsel for Defendant)

**Approved**

_____
United States Attorney for the
District of Delaware

_____
United States Attorney for the
District of South Carolina

FILED

AUG - 6 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FORM USA-153
SEP 82



AUG 2 8 2007

LARRY W. PROPES, CLERK
FLORENCE, SC

IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.:4:07-1045 |
| | ) | 21 U.S.C. § 846 |
| vs. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(A) |
| ▮▮▮▮▮▮▮▮▮▮ | ) | 21 U.S.C. § 853 |
| JOSE SERRANO | ) | 21 U.S.C. § 881(a)(11) |
| | ) | 28 U.S.C. § 2461(a) |
| | ) | INDICTMENT |
| | ) | CR08-123-UNA |

## COUNT 1

**THE GRAND JURY CHARGES:**

That beginning at a time unknown to the Grand Jury, but beginning at least in or around 2001, and continuing thereafter up to and including the date of this Indictment, in the District of South Carolina and elsewhere, the Defendants, ▮▮▮▮▮▮▮▮▮▮ and **JOSE SERRANO**, knowingly and willfully did combine, conspire, confederate and agree together and have tacit understanding with each other and with various other persons, both known and unknown to the Grand Jury, to knowingly, intentionally, and unlawfully possess with intent to distribute and to distribute 5 kilograms or more of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A);

All in violation of Title 21, United States Code, Section 846.

1

FILED
AUG - 6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# FORFEITURE

1.  DRUG-TRAFFICKING OFFENSES

    A.  As a result of their violation of Title 21, United States Code, Sections 846 and 841 as charged in Count 1 of this Indictment, upon conviction, the Defendants ████████████ and **JOSE SERRANO**, shall forfeit to the United States all of the Defendants' right, title and interest in and to any property, real and personal,

    (1) constituting, or derived from any proceeds the Defendants obtained, directly or indirectly, as the result of such violation(s) of Title 21, United States Code, and all property traceable to such property;

    (2) used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations of Title 21, United States Code.

    (3) any firearms and ammunition (as defined in 18 U.S.C. § 921) used or intended to be used to facilitate the transportation, sale, receipt, possession or concealment of controlled substances or any proceeds traceable thereto.

    B.  Pursuant to Title 21, United States Code, Sections 853(a)(1), 853(a)(2) and 881(a)(11) and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendants for offenses charged in this Indictment includes, but is not limited to, the following property or proceeds thereof, as to which the Defendants are jointly and severally liable:

    (1) Total Cash Proceeds:
    A sum of money equal to all property the Defendants obtained, directly or indirectly from, or used to facilitate, the Title 21 offenses charged in the Indictment, that is, approximately $250,000 in United States currency and all interest and proceeds traceable thereto, in that such sum in the aggregate constitutes proceeds the Defendants obtained directly or indirectly as the result of such violations of Title 21, United States Code or were used to facilitate such violations;

2.  **SUBSTITUTION OF ASSETS:**

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendants --

      A.    cannot be located upon the exercise of due diligence;

      B.    has been transferred or sold to, or deposited with, a third person;

      C.    has been placed beyond the jurisdiction of the Court;

      D.    has been substantially diminished in value; or

      E.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the said Defendants up to an amount equivalent to the value of the above-described forfeitable property;

Pursuant to Title 21, United States Code, Sections 853 and 881(a)(11), and Title 28, United States Code Section 2461(a).

A   True   BILL

/s/Grand Jury Foreperson
FOREPERSON

/s/Reginald I. Lloyd
REGINALD I. LLOYD   (ABP)
UNITED STATES ATTORNEY

3

## PENALTIES

### COUNT 1:

**IF TWO PRIOR FELONY DRUG CONVICTIONS:**
MANDATORY TERM OF LIFE IMPRISONMENT
MAXIMUM FINE: $8,000,000.00 (18 USC 3571),
SPECIAL ASSESSMENT: $100.00 (18 USC 3013)

**IF ONE PRIOR FELONY DRUG CONVICTION:**
MAXIMUM IMPRISONMENT: LIFE
MINIMUM IMPRISONMENT: 20 YEARS
MAXIMUM FINE: $8,000,000.00 (18 USC 3571),
SUPERVISED RELEASE: AT LEAST 10 YEARS
(18 USC 3583)
SPECIAL ASSESSMENT: $100.00 (18 USC 3013)

**IF NO PRIOR FELONY DRUG CONVICTION:**
MAXIMUM IMPRISONMENT: LIFE
MINIMUM IMPRISONMENT: 10 YEARS
MAXIMUM FINE: $4,000,000.00 (18 USC 3571),
SUPERVISED RELEASE: AT LEAST 5 YEARS
(18 USC 3583)
SPECIAL ASSESSMENT: $100.00 (18 USC 3013)

CLOSED, CUSTODY

# U.S. District Court
## District of South Carolina (Florence)
### CRIMINAL DOCKET FOR CASE #: 4:07-cr-01045-TLW-2
#### Internal Use Only

[handwritten, circled: CR08-123-UNA]

Case title: USA v. Williamson et.al.

Date Filed: 08/28/2007
Date Terminated: 07/02/2008

---

Assigned to: Honorable Terry L Wooten

**Defendant (2)**

| | | |
|---|---|---|
| **Jose Serrano**<br>*TERMINATED: 07/02/2008* | represented by | **James Thomas McBratney, Jr**<br>McBratney Law Firm<br>PO Box 3890<br>Florence, SC 29502-3890<br>843-662-8155<br>Email: mcbratneylawfirm@sc.rr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |
| | | **James P Rogers**<br>Federal Public Defender's Office<br>1901 Assembly Street<br>Suite 200<br>Columbia, SC 29201<br>803-765-5070<br>Email: james_rogers@fd.org<br>*TERMINATED: 03/07/2008*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

**Pending Counts**

None

**Disposition**



**Highest Offense Level (Opening)**

None

**Terminated Counts**

21:846 CONSPIRACY TO
DISTRIBUTE NARCOTICS possess
with intent to distribute and to distribute
5 kilograms or more of cocaine, a
Schedule II controlled substance, in
violation of 21:841(a)(1) and
841(b)(1)(A); Forfeiture allegations
(1)

**Disposition**

Consent to transfer case for plea and
sentence under Rule 20

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

---

**Plaintiff**

**USA**    represented by **A Bradley Parham**
US Attorneys Office
PO Box 1567
Florence, SC 29503
843-665-6688
Fax: 843-678-8809
Email: brad.parham@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/28/2007 | 1 | SEALED ORDER to seal case. Signed by Judge Thomas E Rogers III on 8/28/07.(mcam) (Entered: 08/29/2007) |
| 08/28/2007 | 2 | SEALED INDICTMENT with forfeiture allegations (Sealed Grand Jury Ballot attached) as to John Williamson (1) count 1 and Jose Serrano (2) count 1. (Attachments: # 1 Grand Jury Ballot) (mcam) (Entered: 08/29/2007) |
| 08/28/2007 | 3 | (Court only) SEALED INDICTMENT with forfeiture allegations - Private Entry (Sealed Grand Jury Ballot attached) as to John Williamson and Jose Serrano. (Attachments: # 1 Grand Jury Ballot) (mcam) (Entered: 08/29/2007) |
| 08/28/2007 | 5 | (Court only) REDACTED INDICTMENT - Private Entry as to Jose Serrano. (Attachments: # 1 Grand Jury Ballot) (mcam) (Entered: 08/29/2007) |

| 08/28/2007 | 6 | PENALTY SHEET as to John Williamson and Jose Serrano (mcam) (Entered: 08/29/2007) |
|---|---|---|
| 08/28/2007 | 8 | (Court only) CRIMINAL COVER SHEET as to Jose Serrano (mcam) (Entered: 08/29/2007) |
| 08/28/2007 | 11 | ORDER FOR ISSUANCE OF BENCH WARRANT as to Jose Serrano. Signed by Judge Thomas E Rogers III on 8/28/07.(mcam) (Entered: 08/29/2007) |
| 08/28/2007 | 12 | BENCH Warrant Issued (Restricted Access) in case as to Jose Serrano. (mcam) (Entered: 08/29/2007) |
| 11/16/2007 |  | Arrest of Jose Serrano in District of Delaware Wilmington. (tsin, ) (Entered: 12/03/2007) |
| 12/03/2007 | 27 | Rule 5c3 Documents Received as to Jose Serrano (tsin, ) (Entered: 12/03/2007) |
| 12/11/2007 | 32 | NOTICE OF HEARING as to Jose Serrano - Arraignment set for 12/12/2007 02:30 PM in Florence #3, McMillan Federal Bldg., 401 W. Evans St., Florence before Magistrate Judge Robert L Buchanan Jr. (tsin, ) (Entered: 12/11/2007) |
| 12/12/2007 |  | (Court only) ***Location start LC as to Jose Serrano (tsin, ) (Entered: 12/12/2007) |
| 12/12/2007 | 33 | ORAL MOTION to Unseal Case by USA as to Jose Serrano. (tsin, ) (Entered: 12/12/2007) |
| 12/12/2007 | 34 | ORAL ORDER granting 33 Motion to Unseal Case as to Jose Serrano (2). Signed by Magistrate Judge Robert L Buchanan, Jr on 12/12/07.(tsin, ) (Entered: 12/12/2007) |
| 12/12/2007 | 35 | Minute Entry for proceedings held before Magistrate Judge Robert L Buchanan, Jr: Arraignment as to Jose Serrano (2) Count 1 held on 12/12/2007. Defendant present in custody without counsel. Court appoints Federal Defender and Mike Meetze present. Oral motion to unseal granted. Not guilty plea entered. Defendant waives detention hearing. Brad Parham present for USA. Court Reporter Vince Rolland. (tsin, ) (Entered: 12/12/2007) |
| 12/12/2007 | 36 | CJA 23 Financial Affidavit (Restricted Access) by Jose Serrano (tsin, ) (Entered: 12/13/2007) |
| 12/12/2007 | 37 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Jose Serrano James P Rogers for Jose Serrano appointed. Signed by Magistrate Judge Robert L Buchanan, Jr on 12/12/07.(tsin, ) (Entered: 12/13/2007) |
| 12/12/2007 | 38 | Not Guilty PLEA ENTERED as to Jose Serrano (tsin, ) (Entered: 12/13/2007) |

| | | |
|---|---|---|
| 12/12/2007 | 39 | ORDER OF DETENTION as to Jose Serrano - defendant waives hearing. Signed by Magistrate Judge Robert L Buchanan, Jr on 12/12/07.(tsin, ) (Entered: 12/13/2007) |
| 12/13/2007 | 42 | Case Assigned as to Jose Serrano to Judge Honorable Terry L Wooten. (ydav, ) (Entered: 12/13/2007) |
| 12/14/2007 | 43 | MOTION for Discovery /*Reciprocal* by USA as to Jose Serrano. Proposed Order sent to Judge Chambers email address? No. (Parham, A) (Entered: 12/14/2007) |
| 01/18/2008 | 55 | NOTICE OF HEARING as to John Williamson, Jose Serrano Pretrial Conference set for 1/31/2008 10:30 AM in Florence #3, McMillan Federal Bldg., 401 W. Evans St., Florence before Magistrate Judge Thomas E Rogers III. GUILTY PLEAS will be held Monday, February 4, 2008 beginning at 9:30 AM in Florence #1, McMillan Federal Bldg., 401 W Evans Street, Florence SC before the Hon. Terry L. Wooten, United States District Judge. JURY SELECTION will be held on Wednesday, February 6, 2008 at 10:00 AM before the Hon. Terry L. Wooten, United States District Judge in Florence #1, McMillan Federal Bldg., 401 W Evans Street, Florence, SC(swel, ) (Entered: 01/18/2008) |
| 01/23/2008 | 56 | PROTECTIVE ORDER as to John Williamson, Jose Serrano. Signed by Honorable Terry L Wooten on 1/17/2008.(amil, ) (Entered: 01/23/2008) |
| 01/31/2008 | 61 | Minute Entry for proceedings held before Magistrate Judge Thomas E Rogers, III: Pretrial Conference as to Jose Serrano held on 1/31/2008: defendant requests continuance and waives speedy trial. Court Reporter Vince Rolland. (amil, ) (Entered: 02/01/2008) |
| 02/01/2008 | 63 | ORDER TO CONTINUE - Ends of Justice as to Jose Serrano Time excluded from 2/6/2008 until 3/5/2008.. Signed by Magistrate Judge Thomas E Rogers, III on 1/31/2008.(amil, ) (Entered: 02/01/2008) |
| 02/11/2008 | 65 | INTERVIEW ORDER as to Jose Serrano directing U.S. Marshal to relinquish temporary custody of defendant to Special Agents/Task Force Officers of FBI and that entry on docket be sealed. Signed by Magistrate Judge Thomas E Rogers, III on 2/11/08.(tsin, ) (Entered: 02/12/2008) |
| 02/12/2008 | 66 | ENTRY 66 DELETED as to Jose Serrano: duplicate filing (amil, ) (Entered: 02/12/2008) |
| 02/13/2008 | 67 | MOTION to Substitute Attorney by Jose Serrano. Proposed Order sent to Judge Chambers email address? yes. (Rogers, James) (Entered: 02/13/2008) |
| 02/13/2008 | 68 | (Court only) MOTIONS as to Jose Serrano REFERRED to Magistrate Judge: 67 MOTION to Substitute Attorney Motions referred to Thomas E Rogers, III.(amil, ) (Entered: 02/13/2008) |
| 02/21/2008 | 69 | NOTICE OF HEARING as to John Williamson, Jose Serrano Pretrial Conference set for 2/27/2008 10:30 AM in Florence #1, McMillan Federal Bldg, 401 W. Evans St., Florence before Magistrate Judge Thomas E Rogers |

| | | |
|---|---|---|
| | | III. Guilty Pleas will be held 3/3/2008 in Florence #1, McMillan Federal Bldg, 401 W. Evans St., Florence before Honorable Terry L. Wooten. Jury Selection scheduled for 3/5/2008 10:00 AM in Florence #1, McMillan Federal Bldg, 401 W. Evans St., Florence before Honorable Terry L. Wooten.(amil, ) (Entered: 02/21/2008) |
| 02/27/2008 | 71 | Minute Entry for proceedings held before Magistrate Judge Thomas E Rogers, III: Pretrial Conference as to Jose Serrano held on 2/27/2008: sealed ex parte sidebar; Court determines there is a conflict and relieves James Rogers as counsel of record and appoint Tam McBratney as new CJA counsel; Court continues case; Court Reporter Ray Simmons.JTM cja time:.1' (amil, ) (Entered: 02/28/2008) |
| 03/03/2008 | 72 | MOTION for Discovery *Pursuant to the United States Sentencing Commission Guidelines* by Jose Serrano. (McBratney, James) (Entered: 03/03/2008) |
| 03/03/2008 | 73 | MOTION for Disclosure *of Intent to Use Evidence of Other Crimes, Wrongs, or Acts Under Federal Rule of Evidence Under Rule 404(b)* by Jose Serrano. (McBratney, James) (Entered: 03/03/2008) |
| 03/03/2008 | 74 | MOTION for Disclosure *of Intention to Use Evidence* by Jose Serrano. (McBratney, James) (Entered: 03/03/2008) |
| 03/03/2008 | 75 | MOTION for Discovery *and Inspection* by Jose Serrano. (McBratney, James) (Entered: 03/03/2008) |
| 03/03/2008 | 76 | MOTION for Release of Brady Materials *and Other Favorable Material and Incorporated Memorandum of Law* by Jose Serrano. (McBratney, James) (Entered: 03/03/2008) |
| 03/04/2008 | 78 | ORDER TO CONTINUE - Ends of Justice as to Jose Serrano Time excluded from 3/5/08 until 4/2/08. Signed by Magistrate Judge Thomas E Rogers, III on 2/27/08.(swel, ) (Entered: 03/04/2008) |
| 03/07/2008 | 79 | CJA 20 as to Jose Serrano: Appointment of Attorney James Thomas McBratney, Jr for Jose Serrano. Substituted for Federal Defender. Signed by Magistrate Judge Thomas E Rogers, III on 2/29/08.(tsin, ) (Entered: 03/07/2008) |
| 03/07/2008 | 80 | (Court only) Attorney update in case as to Jose Serrano. Attorney James P Rogers terminated. (tsin, ) (Entered: 03/07/2008) |
| 03/20/2008 | 81 | NOTICE OF HEARING as to John Williamson, Jose Serrano Pretrial Conference set for 3/27/2008 10:30 AM in Florence #1, McMillan Federal Bldg, 401 W. Evans St., Florence before Magistrate Judge Thomas E Rogers III. Change of Pleas set for 3/31/2008 in Florence #1, McMillan Federal Bldg, 401 W. Evans St., Florence before Honorable Terry L. Wooten. Jury Selection set for 4/2/2008 10:00 AM in Florence #1, McMillan Federal Bldg, 401 W. Evans St., Florence before Honorable Terry L. Wooten.(amil, ) (Entered: 03/20/2008) |

| | | |
|---|---|---|
| 03/27/2008 | 83 | Minute Entry for proceedings held before Magistrate Judge Thomas E Rogers, III: Pretrial Conference as to Jose Serrano held on 3/27/2008: newly appointed CJA counsel; defendant requests continuance and wiaives speedy trial. Court Reporter Ray Simmons.CJA Time.7'. (amil, ) (Entered: 03/28/2008) |
| 04/01/2008 | 84 | ORDER TO CONTINUE - Ends of Justice as to Jose Serrano Time excluded from 4/2/2008 until 5/7/2008. Signed by Magistrate Judge Thomas E Rogers, III on 3/27/2008.(swel, ) (Entered: 04/01/2008) |
| 04/23/2008 | 87 | (Court only) ***Motions terminated as to John Williamson, Jose Serrano: 59 MOTION to Continue, 67 MOTION to Substitute Attorney. (amil, ) (Entered: 04/23/2008) |
| 04/23/2008 | 88 | NOTICE OF HEARING as to John Williamson, Jose Serrano Pretrial Conference set for 4/30/2008 10:30 AM in Florence #1, McMillan Federal Bldg, 401 W. Evans St., Florence before Magistrate Judge Thomas E Rogers III. Change of Pleas set for 5/5/2008 in Florence #1, McMillan Federal Bldg, 401 W. Evans St., Florence before Honorable Terry L. Wooten. Jury Selection set for 5/7/2008 10:00 AM in Florence #1, McMillan Federal Bldg, 401 W. Evans St., Florence before Honorable Terry L. Wooten.(amil, ) (Entered: 04/23/2008) |
| 04/25/2008 | 89 | INFORMATION TO ESTABLISH PRIOR CONVICTION as to Jose Serrano (Parham, A) (Entered: 04/25/2008) |
| 04/30/2008 | 92 | Minute Entry for proceedings held before Magistrate Judge Thomas E Rogers, III: Pretrial Conference as to Jose Serrano held on 4/30/2008. Defendant present in custody with counsel Tam McBratney requesting continuance. Court executes continuance order. Rose Mary Parham present for USA. Court Reporter Vince Rolland.CJA Time 40 minutes. (tsin, ) (Entered: 04/30/2008) |
| 04/30/2008 | 93 | ORDER TO CONTINUE - Ends of Justice as to Jose Serrano Time excluded from 5/7/08 until 6/4/08. Signed by Magistrate Judge Thomas E Rogers, III on 4/30/08.(tsin, ) (Entered: 05/01/2008) |
| 05/13/2008 | 98 | NOTICE OF HEARING as to Jose Serrano Pretrial Conference set for 5/22/2008 10:30 AM in Florence #1, McMillan Federal Bldg, 401 W. Evans St., Florence before Magistrate Judge Thomas E Rogers III. Change of Pleas set for 6/2/2008 in Florence #1, McMillan Federal Bldg, 401 W. Evans St., Florence before Honorable Terry L. Wooten. Jury Selection set for 6/4/2008 10:00 AM in Florence #1, McMillan Federal Bldg, 401 W. Evans St., Florence before Honorable Terry L. Wooten.(amil, ) (Entered: 05/13/2008) |
| 05/22/2008 | 99 | Minute Entry for proceedings held before Magistrate Judge Thomas E Rogers, III: Pretrial Conference as to Jose Serrano held on 5/22/2008: plea negotiations; defendant requests continuance - continued to July term. Court Reporter Raymond D. Simmons.CJA Time.6'. (amil, ) (Entered: 05/23/2008) |

| 06/02/2008 | 100 | ORDER TO CONTINUE - Ends of Justice as to Jose Serrano Time excluded from 6/4/2008 until 7/9/2008. Signed by Magistrate Judge Thomas E Rogers, III on 5/22/08.(swel, ) (Entered: 06/02/2008) |
|---|---|---|
| 06/20/2008 | 102 | NOTICE OF HEARING as to Jose Serrano Pretrial Conference set for 6/30/2008 10:00 AM in Florence #1, McMillan Federal Bldg, 401 W. Evans St., Florence before Magistrate Judge Thomas E Rogers III. Guilty Pleas set for 7/7/2008 in Florence #1, McMillan Federal Bldg, 401 W. Evans St., Florence before Honorable Terry L. Wooten. Jury Selection set for 7/9/2008 set for 10:00 AM in Florence #1, McMillan Federal Bldg, 401 W. Evans St., Florence before Honorable Terry L. Wooten.(amil, ) (Entered: 06/20/2008) |
| 06/27/2008 | 103 | NOTICE OF CANCELLATION OF HEARING: Pretrial Conference set for 6/30/2008 as to Jose Serrano (amil, ) (Entered: 06/27/2008) |
| 06/27/2008 | 104 | ORDER TO CONTINUE - Ends of Justice as to Jose Serrano Time excluded from 7/9/2008 until 8/6/2008.. Signed by Honorable Thomas E. Rogers III on 6/27/2008.(amil, ) Modified on 6/27/2008 (amil, ). (Entered: 06/27/2008) |
| 07/02/2008 | 105 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to District of Delaware Counts closed as to Jose Serrano (2) Count 1. (tsin, ) (Entered: 07/02/2008) |