UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
P. O. BOX 2317
FLORENCE, SC   29503

Larry W. Propes, Clerk                                                                 843-676-3820

July 17, 2008

CR08-123-UNA

United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware   19801-3519

Re: USA -v- Jose Serrano (District of South Carolina 4:07cr01045-02)

Dear Clerk:

   Enclosed are the following papers in the above-entitled case for disposition in your District:

   1. Copy of Consent to Transfer for Plea and Sentencing Under Rule 20

   2. Copy of Indictment

   3. Copy of Docket Sheet

   Please acknowledge receipt of these papers on the enclosed copy of this letter.

                                   Sincerely,

                                   LARRY W. PROPES, CLERK

                                   By: _____
                                        Tish Singletary, Deputy Clerk

Enclosures

cc: US Attorney
    US Probation
    US Pretrial Services
    US Marshal

FILED
AUG - 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE